IDA V. EASTERBROOKS _v._ R. I. SUBURBAN RAILWAY COMPANY.

MARCH 19, 1907.

PRESENT: Douglas, C. J., Dubois, Blodgett, Johnson, and Parkhurst, JJ.

(1)   _Procedure.   Motion to Increase ad Damnum.   Continuance._

The discussion of a motion to increase the _ad damnum_ in the presence of the jury who are to decide the case is good ground for a continuance if desired by defendant, and the refusal of such continuance is sufficient to warrant the granting of a new trial.

Following _O'Clair_ v. _R. I. Co.,_ 27 R. I. 448.

TRESPASS ON THE CASE for negligence.   Heard on exceptions of defendant, and exceptions sustained.

PER CURIAM.   We think that the defendant was entitled to a continuance in this case, and that its exception to the refusal of the court to grant the motion to that effect must be sustained.

The practice of asking for an increase of the _ad damnum_ at the beginning of the trial, in a case where the damages are unliquidated, is not to be commended, and as we said in _O'Clair_ v. _R. I. Co.,_ 27 R. I. 448, when the discussion of such a motion is permitted in the presence of the jury who are to decide the case, it is good ground for a continuance if the defendant desires it.

Case remanded to the Superior Court for a new trial.

_Orrin L. Bosworth,_ for plaintiff.

_Henry W. Hayes and Lefferts S. Hoffman,_ for defendants.